UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZITOUNI LAHOUARI | CIVIL ACTION NO. 07-0936 |
| VS. | JUDGE TRIMBLE |
| DIRECTOR IMMIGRATION & CUSTOMS ENFORCEMENT | MAGISTRATE JUDGE HILL |

### REPORT AND RECOMMENDATION

Currently before the court is a "Motion to Dismiss" [doc. 10] filed on behalf of the respondents in the above-captioned *habeas corpus* matter.  This matter has been referred to the undersigned magistrate judge for review, report, and recommendation in accordance with 28 U.S.C. § 636(b)(1)(B).

A petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 was filed by *pro se* petitioner, Zitouni Lahouari, on May 29, 2007 challenging his continued detention in post-removal-order custody.  The petition alleges that petitioner was Ordered removed to Algeria on November 15, 2006.  He further alleges that his removal order is final and that he has been in post-removal-order custody pursuant to INA § 241 in excess of both the statutory 90 day removal period and the jurisprudential six month removal period and thus, his detention violates principles set forth by the United States Supreme Court in *Zadvydas v. Davis*, 533 U.S. 678, 121 S.Ct. 2491, 150 L.Ed.2d 653 (2001).   Petitioner therefore challenges his detention as indefinite claiming that, despite his cooperation, the ICE has been unable to remove him, and that his removal to Algeria is not likely to occur in the reasonably foreseeable future.  Accordingly, petitioner requests that this court order his release from custody.

In response to this petition, the government filed the "Motion to Dismiss" which is currently before the court.  In support of this motion, the government presents documentation

which establishes that the petitioner was removed from the United States by deportation on June 12, 2007. *See* Government Exhibit A.

At the time that this petition was filed, petitioner was in detention pursuant to the statutory authority of § 241 of the Immigration and Nationality Act (INA), codified at 8 U.S.C. § 1231, and he sought to have the court review his post-removal-order detention. However, because the petitioner is no longer in custody, his challenge to his post-removal-order detention is now moot and should be dismissed. For this reason,

**IT IS RECOMMENDED** that the "Motion to Dismiss" [doc. 10] be GRANTED and that this petition be **DENIED AND DISMISSED WITH PREJUDICE** as moot.

Under the provisions of 28 U.S.C. § 636(b)(1)(C), the parties have ten (10) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, July 31, 2007.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE